# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ZDZISLAW WORONIAK  
       1833 SEBASTIAN COURT     SSN-xxx-xx-7152     Case Number: 08-71986  
       ROCKFORD, IL  61108

Case filed on:    6/24/2008  
Plan Confirmed on:    9/5/2008

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $7,030.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY GARY C FLANDERS | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| 010 | GE MONEY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ZDZISLAW WORONIAK | 0.00 | 0.00 | 740.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 740.00 | 0.00 |
| 014 | KRYSTINA ZIOLKOWSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | FIA CARD SERVICES aka BANK OF AMERICA | 2,850.89 | 2,850.89 | 87.54 | 0.00 |
| 002 | FIA CARD SERVICES aka BANK OF AMERICA | 20,566.19 | 20,566.19 | 631.49 | 0.00 |
| 003 | FIA CARD SERVICES aka BANK OF AMERICA | 21,928.23 | 21,928.23 | 673.31 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 4,734.74 | 4,734.74 | 145.38 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 4,087.15 | 4,087.15 | 125.50 | 0.00 |
| 006 | ROUNDUP FUNDING LLC | 2,790.68 | 2,790.68 | 85.69 | 0.00 |
| 007 | ROUNDUP FUNDING LLC | 1,491.69 | 1,491.69 | 45.80 | 0.00 |
| 008 | DIRECT MERCHANTS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | JEFFERSON CAPITAL SYSTEMS, LLC | 2,196.18 | 2,196.18 | 67.43 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 4,176.91 | 4,176.91 | 128.25 | 0.00 |
| 012 | HSBC BANK N/A | 2,440.80 | 2,440.80 | 74.94 | 0.00 |
| 013 | LVNV FUNDING LLC | 8,499.41 | 8,499.41 | 260.97 | 0.00 |
|  | Total Unsecured | 75,762.87 | 75,762.87 | 2,326.30 | 0.00 |
|  | Grand Total: | 79,262.87 | 79,262.87 | 6,566.30 | 0.00 |

Total Paid Claimant:    $6,566.30  
Trustee Allowance:    $463.70  
Percent Paid Unsecured:    3.07

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                 /s/ Lydia S. Meyer  
                 Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009      By  /s/Heather M. Fagan